Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333
Email:      cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200
Email:      kthorland@loeb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; SCREEN GEMS, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; LUCASFILM LTD., a California corporation; and LIONS GATE FILMS, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DOES 1 - 64,<br><br>      Defendants. | CASE NO. C-05-4938<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

1   Upon Plaintiffs' Miscellaneous Administrative Request
2   for Leave to Take Discovery Prior to Rule 26 Conference, the
3   Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher
4   Harshman and Plaintiffs' Request for Judicial Notice, and having
5   considered the issues raised therein, including relevant privacy
6   issues, it is hereby:
7
8   ORDERED that the Administrative Request of Plaintiffs
9   for Leave to Take Discovery Prior to Rule 26 Conference is
10  granted.
11
12  IT IS FURTHER ORDERED that Plaintiffs may serve
13  immediate discovery on SBC Internet Services, Inc., or any other
14  entity identified by SBC Internet Services, Inc. as providing
15  network access or online services to one or more of the Doe
16  Defendants, by serving a Rule 45 subpoena that seeks information
17  sufficient to identify each Doe Defendant, including the name,
18  address, telephone number, email address, and Media Access
19  Control addresses for each Defendant.
20
21  IT IS FURTHER ORDERED THAT any information disclosed to
22  Plaintiffs in response to the Rule 45 subpoenas may be used by
23  Plaintiffs solely for the purpose of protecting Plaintiffs'
24  rights under the Copyright Act.
25
26  Dated: December 15, 2005                    /s/ Jeffrey S. White
27                                              United States District Judge
28

1
[PROPOSED] ORDER GRANTING PLAINTIFFS'
MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NUMBER C-05-4938